IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BMO HARRIS BANK N.A., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  16-cv-11600 |
| v. | ) | |
| | ) | |
| STEVEN M. MARIANO, individually and as Trustee of the Steven M. Mariano Revocable Trust dated January 25, 2008, | ) ) ) ) ) | |
| Defendant. | ) | |

**Plaintiff's Local Rule 3.2 and Federal Rule of Civil Procedure 7.1 Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 3.2, Plaintiff BMO HARRIS BANK N.A., respectfully states as follows:

1. BMO Harris Bank N.A. is wholly-owned by BMO Financial Corp., a Delaware holding company that is not publicly traded. BMO Financial Corp. is wholly-owned by the Bank of Montreal, Toronto, Canada.

2. Bank of Montreal indirectly owns 10% or more of Harris N.A. now known as BMO Harris Bank N.A.

Dated:  December 27, 2016

BMO HARRIS BANK N.A.,

By: :   /s/  Mia D. D'Andrea
One of Its Attorneys

Mia D. D'Andrea
CHAPMAN AND CUTLER LLP
111 West Monroe
Chicago, Illinois 60603
(312) 845-3000